# EXHIBIT A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| | |
|---|---|
| 1. Submit to Appropriate Federal Agency:<br><br>Bureau of Prisons - Federal Correctional Institute Dublin<br>5701 8th St. Dublin, CA 94568 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>[redacted]<br>Representative: Jessica Pride, Esq.<br>Pride Law Firm<br>2831 Camino Del Rio S. Ste. 104; San Diego, CA 92108 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | [redacted] | | September 2022 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See attached document.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Ms. [redacted] has suffered physical and emotional damages, in an amount to be determined by an expert, due to her sexual assault and sexual harassment by BOP employees: Jay Alexander and Associate Warden Garcia.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| TBD | |

**12. AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 5,000,000 | | 5,000,000 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| /s/ | 619-516-8166 | 11/18/2022 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim with your insurance carrier in his instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by he agent or legal representative, it must show the itle or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or es imates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if he property is lost or destroyed, the claimant should submit statements as to he original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested informa ion or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding his burden estimate or any other aspect of this collection of information, including sugges ions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

**Attachment to Claim Form 95**

███████ ("Ms. ███"), an inmate at Federal Correctional Institute ("FCI") Dublin (Inmate No. ███████), presents this claim to the Bureau of Prisons ("BOP") based on her sexual assault and sexual harassment by an FCI Dublin employee.

Ms. ███ arrived at FCI Dublin in approximately January of 2022. In approximately September of 2022, Ms. ███ hurt her tailbone while working in the commissary warehouse. Ms. ███ went to the medical room for treatment and was seen by TDY (temporary duty) medical employee Jay Alexander (exact name unknown) ("Alexander"). Alexander told Ms. ███ to lay down on the bed and then told male Correctional Officer ("CO") Baltierra (exact name unknown) to stand by the door and make sure no inmates walked by. While Ms. ███ was laying on her stomach, Alexander began touching her spine. Without asking Ms. ███ permission, Alexander then pulled Ms. ███ underwear down all the way past her butt. Alexander continued touching Ms. ███ butt while she screamed. He also touched in between her inner thighs. No other female medical assistant was asked or required to chaperone or assist with the visit. She felt confused about why Alexander pulled her underwear down and why he was touching her in an area that she did not need care for.

At first Ms. ███ did not report what happened because she feared being placed in the solitary housing unit (SHU). However, a few days later, she reported the situation to SIA Lieutenant Putnam, but nothing occurred.

Ms. ███ experiences at FCI Dublin are typical of a rampantly abusive culture at the prison. FCI Dublin's associate warden, Ray J. Garcia, was arrested and charged with Sexual Abuse of a Ward based on his sexual abuse of multiple female inmates at FCI Dublin. Per the affidavit of FBI Special Agent Katherine Barclay, Garcia was the associate warden between December 2018 and November 2020. The affidavit states, "As the warden, Garcia is responsible for the safekeeping, care, protection, discipline, programming, and release of inmates incarcerated at FCI Dublin. Garcia is also responsible for hiring, training, and supervising and managing staff, and determining operating procedures and policies." In fact, Garcia himself led training on the Prison Rape Elimination Act and chaired the audit of FCI Dublin under the PREA. Thus, the man responsible for teaching inmates how to report rape was in fact a serial rapist of inmates, and he was clearly tolerating abuse by many more of his underlings. Further, four other Dublin employees have been charged for the same sexual misconduct scheme. Former Dublin chaplain, James Highhouse was arrested and charged; former CO Enrique Chavez was arrested and currently faces two federal criminal charges for abusive sexual contact with a prisoner in violation of 18 U.S.C. § 2244(a)(4); John Bellhouse, former prison safety administrator, is scheduled to stand trial next June; and CO Klinger currently faces federal criminal charges for Sexual Abuse of a Ward (18 U.S.C. § 2243(b)) stemming out of his conduct against two other inmates. Additionally, CO Nicholas Ramos and CO Sergio Saucedo were placed on leave in March of 2022 for sexual misconduct allegations. CO Ramos committed suicide on August 21, 2022.

The United States of America, the Bureau of Prisons, and Alexander are liable for Ms. ███ significant damages pursuant to both *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act. Pursuant to *Bivens*, the federal government is liable when its agents or officers violate the civil rights of an individual. In this case, Ms. ███ had the

right to be free from cruel and unusual punishment, as guaranteed by the Eighth Amendment to the U.S. Constitution, as well as a right to privacy pursuant to the Fourth Amendment. Ms. ▇▇▇ sexual abuse and harassment constituted a deprivation of those rights. Further, Ms. ▇▇▇ has multiple causes of action under the Federal Tort Claims Act, including but not limited to: Negligence, Intentional Infliction of Emotional Distress, Assault and Battery, Professional Negligence, and Sexual Harassment. FCI Dublin had an institutional climate and/or pattern of sexual abuse of female inmates.

At all times relevant, Defendants owed a duty of care to Ms. ▇▇▇ and those similarly situated, of "safekeeping, care . . . [and] protection" pursuant to 18 U.S.C. § 4042(a)(2) and (3). Pursuant to 18 U.S.C. § 2243(b), correctional officers and guards are statutorily precluded from engaging in sexual acts with an inmate, such as Ms. ▇▇▇ Yet the BOP unlawfully and in violation of Ms. ▇▇▇ civil rights, failed to do anything to stop the sexual harassment, assault, or battery of Ms. ▇▇▇ by a staff member at FCI Dublin. The BOP developed and maintained policies and customs exhibiting deliberate indifference to the constitutional rights of women incarcerated at FCI Dublin. These policies both caused and allowed the previously alleged sexual assault and abuse of Ms. ▇▇▇ Further, Associate Warden Garcia and others inadequately supervised and trained the prison's correctional officers and other employees, including Alexander. The United States and BOP failed to detect and prevent sexually abusive behavior, even though they knew or should have known about the risks of inmates being isolated while working alone with COs in areas such as the medical room, and how that could facilitate sexual assault of inmates. They failed to take proper steps or exercise the requisite standard of care and skill ordinarily exercised by similar correctional facilities, wardens, associate wardens, and correctional officers to deter and prevent sexually abusive behavior and control and supervise those in their employ. FCI Dublin cultivated a culture in which inmates and staff members were rewarded for keeping secrets, assisting in preventing detection of sexual abuse of inmates, and failing to disclose violations of prison policies and state and federal laws. The United States and BOP were also negligent in the hiring, supervision, and retention of Alexander.

For all these reasons, Ms. ▇▇▇ files a claim for her substantial damages with the USA. She has suffered and continues to suffer severe and permanent injuries, mental anguish, embarrassment, humiliation, pain, distress, and damages. She therefore seeks $5,000,000 in compensation for these damages.