# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Prisons

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

DEC -1 2022

Jessica Pride
Pride Law Firm
2831 Camino Del Rio Street
Suite 104
San Diego, CA 92108

RE: ▮▮▮▮▮▮▮, Register Number ▮▮▮▮▮▮
Administrative Claim No. TRT-WXR-2023-01340
Received: November 29, 2022

Dear Ms. Pride:

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 671, et seq. As the legal representative for the above referenced inmate, you seek compensation in the amount of $5,000,000.00 for alleged personal injury as a result of events occurring at the Federal Correctional Institution, Dublin, California.

In accordance with the applicable provisions of the statute, this agency has up to six months within which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

It is your responsibility to advise this office of any change in your address. You are also requested to refer to the assigned claim number whenever corresponding with this office about your submission.

Sincerely,

Dennis M. Wong
Regional Counsel

DMW/jmv